07-CV-00692

```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX000459
Cashier ID: sq
Transaction Date: 04/05/2007
Payer Name: ANDUR BOUDREAUX
----------------------------------------
CIVIL FILING FEE
 For: ANDUR BOUDREAUX
 Amount:         $350.00
----------------------------------------
CREDIT CARD
 Amt Tendered:  $350.00
----------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

07-CV-692, WHITE V PFIZER


A fee of $45.00 will be assessed on
any returned check.
```