MDL, TERMED

# U.S. District Court
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00692-EWN
### Internal Use Only

White v. Pfizer, Inc.
Assigned to: Judge Edward W. Nottingham
Case in other court: MDL, 1699
Cause: 28:1391 Personal Injury

Date Filed: 04/05/2007
Date Terminated: 06/04/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

Catherine L. White     represented by   Vance Robert Andrus
Andrus Boudreaux, PLC
1775 Sherman Street
#3100
Denver, CO 80203
303-376-6360
Fax: 303-376-6361
Email: vandrus@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Pfizer, Inc.     represented by   Katherine Michele Anderson
Socha Perczak Setter & Anderson, P.C.
1775 Sherman Street
#1925
Denver, CO 80203
303-832-7265
Fax: 303-832-7438
Email: kmanderson@spalegal.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/05/2007 | 1 | Plaintiff's Original COMPLAINT and Demand for Trial by Jury against Pfizer, Inc. ( Filing fee $ 350, Receipt Number COX000459) Summons issued, filed by Catherine L. White. (Attachments: # 1 Civil Cover Sheet # 2 Receipt)(llr, ) (Entered: 04/06/2007) |
| 04/06/2007 | 2 | Letter from Clerk to MDL Panel advising this case may be related to MDL 1699. (llr, ) (Entered: 04/06/2007) |
| 04/11/2007 | 3 | SUMMONS Returned Executed by Catherine L. White. Pfizer, Inc. served on 4/6/2007, answer due 4/26/2007. (Andrus, Vance) (Entered: 04/11/2007) |
| 04/26/2007 | 4 | ANSWER to Complaint with Jury Demand by Pfizer, Inc..(Anderson, Katherine) (Entered: 04/26/2007) |
| 04/26/2007 | 5 | CORPORATE DISCLOSURE STATEMENT by Defendant Pfizer, Inc.. (Anderson, Katherine) (Entered: 04/26/2007) |
| 04/26/2007 | | Unopposed MOTION to Stay *of All Proceedings Pending Transfer to Multidistrict* |

| | | |
|---|---|---|
| | 6 | *Litigation Proceedings* by Defendant Pfizer, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Anderson, Katherine) (Entered: 04/26/2007) |
| 05/02/2007 | 7 | MINUTE ORDER granting 6 Motion to Stay Pending Transfer to Multidistrict Litigation Proceedings. Entered by Judge Edward W. Nottingham on 5/2/07. (Text Only Entry - No Document Attached)(ewnsec, ) (Entered: 05/02/2007) |
| 05/02/2007 | 8 | Letter from MDL Clerk to USDC (San Francisco) Judge Charles Breyer re: CTO-63 of this case into MDL 1699. (llr, ) (Entered: 05/07/2007) |
| 05/15/2007 | 9 | *Copy of Letter from MDL Panel to Clerk* (USDC, San Francisco) re: CTO-63, transfer to the Northern District of California and assigned to Judge Breyer. (llr, ) (Entered: 05/18/2007) |
| 06/04/2007 | 10 | Conditional Transfer ORDER (CTO-63) by Clerk of the MDL Panel filed 4/25/07 of this case into MDL 1699 In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation pending before Judge Charles R. Breyer, USDC Northern Dist of CA. ( (Attachments: # 1 Transmittal Letter)(lamsl, ) (Entered: 06/06/2007) |

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 1th day of May 2007
GREGORY C. LANGHAM
By _____ Deputy