Justin G. Witkin
Aylstock, Witkin, Kreis & Overholtz, PLLC
55 Baybridge Drive,
Gulf Breeze, FL 32561
(850) 916-7450 Phone
(850) 932-0280 Fax
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699** <br> **District Judge: Charles R. Breyer** |
|---|---|
| This Document Relates To: <br><br> Catherine L. White v. Pfizer Inc. <br> 07-2969 CRB | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.


DATED: December 30, 2009      By: _____

Aylstock, Witkin, Kreis & Overholtz, PLLC
55 Baybridge Drive,
Gulf Breeze, FL 32561
(850) 916-7450 Phone
(850) 932-0280 Fax

*Attorneys for Plaintiffs*

-1-

| | |
|---|---|
| 1 | |
| 2 | DATED: Jan. 26, 2010   By: _____ |
| 3 | |
| 4 | **DLA PIPER LLP (US)** |
| 5 | 1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: 212-335-4500<br>Facsimile: 212-335-4501 |
| 6 | |
| 7 | *Defendants' Liaison Counsel* |
| 8 | |
| 9 | **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.** |
| 10 | |
| 11 | Dated FEB 2 2 2010 |
| 12 | Hon. Charles R. Breyer<br>United States District Court |

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE